[No. 9762-1-II. Division Two. April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
FRANK L. KINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00591-9, Leonard W. Kruse, J., entered April 11, 1986. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.